# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DUSTIN JUSTUS, )<br>)<br>  Plaintiff, )<br>) No. 2:25-cv-02385-TLP-tmp<br>v. )<br>) JURY DEMAND<br>EVOLVE BANK & TRUST, EVOLVE )<br>BANCORP, INC., and LINEAGE BANK, )<br>)<br>  Defendants. ) | |

## JUDGMENT AS TO EVOLVE BANCORP, INC. ONLY

**JUDGMENT BY THE COURT.** This action came before the Court on Plaintiff's Complaint, filed on April 4, 2025. (ECF No. 1.) In accordance with the Notice of Voluntary Dismissal as to Defendant Evolve Bancorp, Inc., only (ECF No. 15), agreed to by the parties in the case and under Federal Rule of Civil Procedure 41(a)(1)(A)(i),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITHOUT PREJUDICE**, as to Defendant Evolve Bancorp, Inc. only.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

July 14, 2025
Date